**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**


WENDELL TODD                                                               **PLAINTIFF**

**V.**                                                        **NO. 3:14CV00070-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**


## FINAL JUDGMENT

This cause is before the court on Plaintiff's complaint for judicial review of an

unfavorable final decision of the Commissioner of the Social Security Administration denying

claims for a period of disability and Disability Insurance Benefits and Supplemental Security

Income.  The parties have consented to entry of final judgment by the United States Magistrate

Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for

the Fifth Circuit.  The court, having reviewed the administrative record, the briefs of the parties,

and the applicable law and having heard oral argument, finds as follows, to-wit:

Consistent with the court's ruling from the bench during oral argument, the court finds

the ALJ's decision is not supported by substantial evidence in the record.  No hypothetical on

which the vocational expert's testimony was based matches the RFC determination made by the

ALJ.  Specifically, while the ALJ's second hypothetical required the VE to assume an individual

who could perform "light work" with some postural limitations, the ALJ's hearing decision sets

a more limited RFC, including a limitation of sitting for no more than two hours.  Because the

VE did not have the benefit of the two-hour sitting limitation, his testimony that there were jobs

available in the national economy that the individual could perform does not constitute

substantial evidence to support the ALJ's determination that the claimant is not disabled.  On

remand, the ALJ shall obtain supplemental vocational expert testimony on the issue of whether there are a significant number of other jobs in the national economy the claimant can perform, considering a function-by-function expression of the claimant's RFC. The ALJ may conduct any additional proceedings not inconsistent with this order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is REVERSED and REMANDED for further proceedings.

This, the 31st day of October, 2014.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE